## LACKEY v. STATE.
### No. 25641.

Court of Criminal Appeals of Texas.
Jan. 16, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of whiskey in a dry area; the punishment, a fine of $100 and 60 days in jail.

There is no statement of facts or bills of exception in the record.

The complaint and information appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.

## BURDETTE v. STATE.
### No. 25639.

Court of Criminal Appeals of Texas.
Jan. 16, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment is assessed at confinement in the county jail for ten days and a fine of $50.00

The transcript before us contains no notice of appeal, in the absence of which this court is without authority to consider the appeal. It is therefore dismissed.